## KINNEY v BOUNDS et

Ohio Appeals, 5th Dist, Licking Co

Decided Sept 13, 1933

Ernest T. Johnson, Newark, and Jones & Jones, Newark, for plaintiff and Licking County Commissioners.

Silbaugh & Silbaugh, Lancaster, for defendants Maude W. Bounds et.

Flory & Flory, Newark, and Herbert A. Crane, Kenton, for Union Joint Stock Land Bank of Detroit.

For full opinion see 39 OLR 345; 189 NE 118; 46 Oh Ap 415.